Walter O'Cheskey
Chapter 13 Trustee
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

IN RE:

ROSA RODRIGUEZ GONZALES

CASE NO: 13-10210-RLJ-13
HEARING DATE:  10/2/2013
HEARING TIME:   11:00am

**TRUSTEE'S MOTION TO DISMISS FOR REQUIRED INFORMATION PRIOR TO CREDITOR MEETING AND OR REDUCE ATTORNEY FEES**

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Trustee's Motion to Dismiss for Required Information Prior to Creditor Meeting and or Reduce Attorney Fees in accordance with 11 U.S.C. 1307(c), Rule 9014, Rule 1017(f)(1), and General Order 2010-01 and would respectively show unto to the Court as follows:

  Delay prejudicial to creditors for failure to provide;

  Income Tax Return.

WHEREFORE, the Trustee prays that this Chapter 13 case be dismissed and/or Debtor's Attorney's fees be reduced, per 11 U.S.C. 1307(c).

Respectfully submitted,

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

IMPORTANT NOTICE

A HEARING WILL BE HELD 10/2/2013 AT 11:00am AT THE FOLLOWING ADDRESS:

VIDEO:  US COURTHOUSE ROOM 2201, 3RD & PINE, ABILENE, TEXAS 79604

A PRE-HEARING CONFERENCE SHALL BE HELD AT THE SAME LOCATION AT 8:30am  ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Dismiss was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

ROSA RODRIGUEZ GONZALES PO BOX 547  ROSCOE TX 79545

Date:    9/9/2013                                                                   /s/ Walter O'Cheskey
                                                                                    _____
                                                                                    Walter O'Cheskey
                                                                                    Chapter 13 Trustee